Case No: 03-3455

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**ORDER**

MARY BETH AMANN

    Plaintiff - Appellant

v.

JOHN E. POTTER, Postmaster General, U.S. Postal Service

    Defendant - Appellee

**FILED**

SEP 0 7 2004

**LEONARD GREEN, Clerk**

1:01cv615

BEFORE: DAUGHTREY, GIBBONS and COOK, Circuit Judges.

Upon consideration of the petition for rehearing filed by the appellant,

It is **ORDERED** that the petition for rehearing be, and it hereby is, **DENIED**.

ENTERED BY ORDER OF THE COURT

*Leonard Green*
Leonard Green, Clerk