UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No: 03-3455

Filed: September 15, 2004

MARY BETH AMANN

    Plaintiff - Appellant

v.

JOHN E. POTTER, Postmaster General, U.S. Postal Service

    Defendant - Appellee

### MANDATE

Pursuant to the court's disposition that was filed 8/3/04 the mandate for this case hereby issues today.

No costs taxed

Filing Fee ..........$
Printing ............$

    Total ........$

A True Copy.

Attest: _____
                Deputy Clerk

**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT
100 EAST FIFTH STREET, ROOM 532
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

LEONARD GREEN
CLERK

VALERIE FIELDS
(513) 564-7026
www.ca6.uscourts.gov

Filed: September 15, 2004

James A. Bonini
Southern District of Ohio at Cincinnati
100 E. Fifth Street
Suite 103 Potter Stewart U.S. Courthouse
Cincinnati, OH  45202

RE: 03-3455
Amann vs. Potter
District Court No. 01-00615

Enclosed is a copy of the mandate filed in this case.  The certified record was never sent to this Court on appeal.

Leonard Green, Clerk

(Ms.) Valerie Fields
Deputy Clerk

cc:
Honorable Sandra S. Beckwith
Ms. Sharon J. Sobers
Ms. Helen R. Grant
Mr. Stephan J. Boardman